IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

UNITED STATES OF AMERICA
            Petitioner
    v.
PHILIP JAMES KATON
            Respondent

**Judgment in a Civil Case**

Civil Case Number: 5:08-HC-2099-BR-JG

**Decision by Court.**

This action came before the Honorable W. Earl Britt, Senior United States District Judge, for consideration of the Government's Motion for Voluntary Dismissal and on the Memorandum and Recommendation of United States Magistrate Judge James E. Gates.

**IT IS ORDERED AND ADJUDGED** that the court adopts the reasoning of the Magistrate Judge, the petitioner's motion to dismiss is granted and this action is hereby dismissed with prejudice.

This Judgment Filed and Entered on August 26, 2011, with service on:
W. Ellis Boyle (via CM/ECF Notice of Electronic Filing)
Joseph Craven (via CM/ECF Notice of Electronic Filing)
Record Center - F.C.I. Butner (via U.S. Mail)

August 26, 2011

/s/ Dennis P. Iavarone
Clerk